IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02505-PAB-CBS

CASEY BERNARD RODRIGUEZ,

    Plaintiff,
v.

WILEY,
N. GLADBACH,
G. RAMIREZ,
COLLINS,
NALLEY,
LAPPIN,
BUREAU OF PRISONS,
DEPT. OF JUSTICE,
DR. JOHN DOE,
MEDICAL DIR. JOHN DOE,
JONES,
WATTS, and
UNKNOWN MEDICAL STAFF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 8 2008

GREGORY C. LANGHAM
    CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: December 15, 2008

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02505-PAB-CBS

Casey Bernard Rodriguez
Reg. No. 08561-097
ADX - Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Warden Wiley, N. Gladbach, G. Ramirez, Unit Manager Collins,
J. Jones, Harley G. Lappin, Harrell Watts, and Michael Nalley,

Federal Bureau of Prisons - **CERTIFIED**
c/o Harley G. Lappin, Director
320 First Street, N.W.
Washington, D.C. 20534

U.S. Department of Justice - **CERTIFIED**
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to U.S.Marshal Service for service of process on Warden Wiley, N. Gladbach, G. Ramirez, Unit Manager Collins, J. Jones, Harrell Watts, Michael Nalley, and Harley Lappin; to The Bureau of Prisons; to U.S. Department of Justice; to The United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 11/19/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/18/08.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk