IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02505-PAB-CBS

CASEY BERNARD RODRIGUEZ,
    Plaintiff,
v.

WILEY,
N. GLADBACH,
G. RAMIREZ,
COLLINS,
NALLEY,
LAPPIN,
BUREAU OF PRISONS,
DEPT. OF JUSTICE,
DR. JOHN DOE,
MEDICAL DIRECTOR JOHN DOE,
JONES,
WATTS, and
UNKNOWN MEDICAL STAFF,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Rodriguez' "Request to Track Plaintiff's Filings . . . " (filed April 13, 2009) (doc. # 35). Pursuant to the Order of Reference dated December 16, 2008 (doc. # 7) and the memorandum dated April 14, 2009 (doc. # 36), Mr. Rodriguez' Motion was referred to the Magistrate Judge.

    This civil action is currently set for a status conference on Wednesday April 29, 2009 at 10:00 a.m. The motions that are currently pending before the court and that will be addressed at the status conference include:

1.    Mr. Rodriguez' "Motion for Preliminary Injunction and/or Temporary Restraining Order (filed

January 22, 2009) (doc. # 14);

2.Defendants' Motion to Dismiss (filed February 12, 2009) (doc. # 24);

3.Mr. Rodriguez' "Notice of Inability to File Response to Govt's Motion to Dismiss Due to Defendant's Hindering My Access to the Court [sic]" (filed March 18, 2009) (doc. # 27) (docketed by the Clerk of the Court as "Motion for Order, for Sanctions and for Extension of Time");

4.Mr. Rodriguez' "Motion for Preliminary Injunction and/or Temporary Restraining Order" (filed March 24, 2009) (doc. # 30); and

5.Mr. Rodriguez' "Request to Track Plaintiff's Filings: 1) Amended Complaint – 2) Requesting Access to Unpublished Cases – 3) Production of Supporting Documents for Defendants' Claims of Refusals – 4) Confirmation of P.S. 6031.01 and/or any memo/directive altering anything" (filed April 13, 2009) (doc. # 35) (docketed by the Clerk of the Court as "Motion for Order").

Accordingly,  IT IS ORDERED that Mr. Rodriguez' "Request to Track Plaintiff's Filings . . . " (filed April 13, 2009) (doc. # 35) is GRANTED to the extent that the court has clarified the motions that are currently pending before the court and that will be addressed at the status conference set on Wednesday April 29, 2009 at 10:00 a.m.

DATED at Denver, Colorado, this 15th day of April, 2009.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge