**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02505-PAB-CBS

CASEY BERNARD RODRIGUEZ,

      Plaintiff,

v.

WILEY,
LAPPIN,
MEDICAL DIRECTOR JOHN DOE,
J. GLADBACK,
BUREAU OF PRISONS,
JONES,
UNKNOWN MEDICAL STAFF,
G. RAMIREZ,
DEPARTMENT OF JUSTICE,
WATTS,
DR. JOHN DOE,
COLLINS,
NALLEY,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

**ORDERED:**    Defendants' Unopposed Motion for Leave to File a Response to Plaintiffs' Motion for Injunctive Relief (doc. #44, filed 4/27/2009) is GRANTED.

**DATED:**    April 27, 2009