IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 08-cv-02505-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   April 29, 2009 | Courtroom Deputy: Ellen E. Miller |

| *Parties:* | *Counsel:* |
|---|---|
| CASEY BERNARD RODRIGUEZ, #08561-097 | Pro Se   (By telephone) |
| Plaintiff, | |
| v. | |
| WILEY, N. GLADBLACH, G. RAMIREZ, COLLINS, NALLEY, LAPPIN, BUREAU OF PRISONS, DEPARTMENT OF JUSTICE, JONES,  and WATTS, | Terry Fox |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   10:00 a.m.
Court calls case. Telephonic appearance of *Pro Se* Plaintiff; in court appearance of defense counsel.

Discussion regarding status of the case is held.

**It is ORDERED:**      Plaintiff's MOTION FOR PRELIMINARY INJUNCTION [Docket No. **14,** Filed January 22, 2009] is **DENIED AS MOOT.**

**It is ORDERED:**   Defendants' Oral Motion to Withdraw Defendants' Motion to Dismiss is **granted,** therefore,
Defendants' MOTION TO DISMISS [Docket No. **24,** Filed February 12, 2009] is **WITHDRAWN** without prejudice.

**It is ORDERED:**   Plaintiff's Oral Motion to Withdraw Plaintiff's Motion for Extension of Time and Motion for Sanctions is **granted,** therefore
Plaintiff's MOTION FOR EXTENSION OF TIME AND MOTION FOR SANCTIONS [Docket No. **27,** Filed March 18, 2009] is **WITHDRAWN** without prejudice.

**It is ORDERED:**   Plaintiff's Oral Motion to Withdraw Plaintiff's Motion for Sanctions is **granted,** therefore
Plaintiff's MOTION FOR SANCTIONS [Docket No. **37,** Filed April 15, 2009] is **WITHDRAWN** without prejudice.

**It is ORDERED:**   Plaintiff's Oral Motion to Withdraw Plaintiff's Motion for Leave to Amend Complaint is **granted,** therefore,
Plaintiff's MOTION FOR LEAVE TO AMEND COMPLAINT [Docket No. **41,** Filed April 21, 2009] is **WITHDRAWN** without prejudice.
Plaintiff shall have to and including **MAY 29, 2009** within which to file a Motion for Leave to Amend Complaint.

Defendants filed a Response [Docket No. 46] to Plaintiff's Motion for Preliminary Injunction [Docket No. 30] on April 27, 2009.

**It is ORDERED:**   Plaintiff shall have **fifteen (15)** days from today's date to file a REPLY in support of his Motion for Preliminary Injunction [Docket No. **30,** Filed March 24, 2009].

**It is ORDERED:**   A STATUS CONFERENCE is set
**JUNE 16, 2009 at 9:00 a.m.**

Plaintiff shall appear by telephone by calling chambers (303) 844-2117 at the scheduled time.

Hearing Concluded.   **Court in recess:**   10:26 a.m.   Total time in court:   00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.