# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:   08-cv-02505-PAB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   November 9, 2009** | **Courtroom Deputy:**   Linda Kahoe |

CASEY B. RODRIGUEZ,   *Pro se* (via phone)

    Plaintiff,

    v.

WILEY, *et al.*,   Terry Fox

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session:       11:43 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding status of the case.

ORDERED:   Defendants shall produce the two A-1 documents in their possession, and produce documentation regarding the third A-1 document to the Plaintiff no later than 5:00 p.m. on NOVEMBER 13, 2009.

ORDERED:   Plaintiff shall file a Response to the Motion to Dismiss Plaintiff's Amended Complaint #[75] on or before DECEMBER 4, 2009.  Defendants may file a Reply to Plaintiff's Response within 15 days.

ORDERED:   Plaintiff's Request for a Rule 56 Subdivision (f) of Federal Rules of Civ. Proc. #[84] *(docketed by the Clerk of the Court as a Motion for Summary Judgment)* is DENIED as MOOT.

The courtroom deputy is directed to send a copy of these Minutes to Plaintiff.

HEARING CONCLUDED.
**Court in recess:       11:54 a.m.**
Total time in court:     00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.