IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02505-PAB-CBS

CASEY BERNARD RODRIGUEZ,

    Plaintiff,

v.

WILEY,
DR. ALLRED,
DR. NAFZINGER,
HSA SMITH (ASST),
G. RAMIREZ,
UNIT MNGR. COLLINS, and
LT. JANSON,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to Dismiss Amended Complaint With Prejudice [Docket No. 125]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 125] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 2, 2010.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge